IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-66-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SAMUEL ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for leave to proceed in forma pauperis and request for legal documents. (DE 94). Concerning that part of the motion seeking to proceed in forma pauperis, where this criminal case is closed, and there are no post-conviction proceedings pending, defendant has not shown any basis for proceeding in forma pauperis. Therefore, the motion in this part seeking to proceed in forma pauperis is DENIED.

With respect to defendant's request for legal documents, defendant seeks copies of a sentencing transcript, his plea agreement, and the case docket. The court addresses each in turn as follows.

A.   Sentencing Transcript

There is no sentencing transcript filed in this case. Therefore, the court construes this part of defendant's motion as a motion to provide, without cost to him, a sentencing transcript.

A free transcript may be provided to an indigent criminal defendant bringing an action pursuant to 28 U.S.C. § 2255 "if the trial judge . . . certifies that the suit . . . is not frivolous and that the transcript is needed to decide the issue presented by the suit. . . ." 28 U.S.C. § 753(f); see United States v. MacCollum, 426 U.S. 317, 326 (1976). An indigent defendant must make a showing of a particularized need to obtain a free transcript for post-conviction proceedings. See

United States v. Hill, 34 F. App'x 942, 943 (4th Cir. 2002). He may not obtain a free transcript "merely to comb the record in the hope of discovering some flaw." United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963).

In this case, defendant has not demonstrated he is entitled to a free transcript, where he has not described any potential post-conviction claims and he has not made a satisfactory showing of a particularized need for transcripts. Therefore, that part of defendant's motion seeking a free transcript is DENIED.

B. Plea Agreement

The Judicial Conference Schedule of Fees appended to the 28 U.S.C. § 1914 states that the following copying fee, among other fees, "are to be charged for services provided by the district courts":

> For reproducing any record or paper, $.50 per page. This fee shall apply to paper copies made from either: (1) original documents; or (2) microfiche or microfilm reproductions of the original records. This fee shall apply to services rendered on behalf of the United States if the record or paper requested is available through electronic access.

28 U.S.C. § 1914 (District Court Miscellaneous Fee Schedule, Effective December 1, 2023). Thus, the court generally must charge $.50 per page to provide paper copies of documents filed on the record in a case. Petitioner may make request directly to the Clerk of Court's office for copies of such filed documents, and remit payment, at the rate of $.50 per page, for any copies sought. Where this criminal case is closed, and there are no post-conviction proceedings pending, defendant has not shown any basis for obtaining a free copy of his plea agreement.

C. Docket

As a one-time courtesy, to facilitate further copy requests, if any, the court GRANTS IN PART defendant's motion in that part where he seeks a free copy of his docket sheet in this case.

The clerk is DIRECTED to send defendant a copy of the docket sheet in this case, as an attachment to this order.

SO ORDERED, this the 6th day of February, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge